IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH ROMAINE LANE** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MR. KERRY KIRSHNER, MRS. B. SHAW, | : | |
| MR. SHAW, LT. MR. WASHINGTON, | : | **FILED** |
| MR. YODIS, MRS. POLLOTTE, MR. JAMIE | : | MAY - 5 2016 |
| LUGUIS, MISS MANTHIS, MR. BROOKS, | : | MICHAEL E. KUNZ, Clerk |
| MR. STIMMEL, MR. JOHN WETZEL, | : | By_____Dep Clerk |
| MR. SETTLE, MR. SEAMAN and | : | |
| MS. DELAPONTE | : | No. 16-1867 |

## ORDER

**NOW**, this 5th day of May, 2016, upon consideration of the plaintiff's complaint and motion to proceed *in forma pauperis* (Document No. 1), **IT IS ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The plaintiff shall pay the filing fee of $350.

3. The plaintiff is assessed an initial partial filing fee of $10.62. The Superintendent or other appropriate official at the State Correctional Institution at Graterford or any prison at which plaintiff may be incarcerated is directed to deduct $ 10.62 from the plaintiff's inmate trust fund account, when such funds become available, and forward that amount to be credited to Civil Action No. 16-1867, to the following address:

> Clerk of the United States District Court
> for the Eastern District of Pennsylvania
> 601 Market Street, Room 2609
> Philadelphia, Pennsylvania 19106

4. The Superintendent or other appropriate official at the State Correctional Institution at Graterford or any prison at which the plaintiff may be incarcerated shall, after

the initial partial filing fee is paid and until the balance of the filing fee is paid in full, deduct from the plaintiff's account, each time that the plaintiff's inmate trust fund exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount, to be credited to Civil Action No. 16-1867, to the address provided above in paragraph three.

5. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. Plaintiff is given leave to file an amended complaint no later than June 2, 2016.

7. If plaintiff files an amended complaint, he shall identify all of the defendants in the caption and in the body of the amended complaint, and shall clearly and concisely state the basis for his claims against each defendant.

8. If plaintiff does not file an amended complaint, this case will be dismissed with prejudice without further notice.

9. If the plaintiff files an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

10. The Clerk of Court is directed to forward copies of this Order to both the Superintendent of the State Correctional Institution at Graterford and the plaintiff.

11. The Clerk of Court shall close this case administratively.

_____
TIMOTHY J. SAVAGE, J.